■ In the Matter of JEWEL MOOLENAAR, Appellant, v JOSEPH FERNANDEZ, as Chancellor of the New York City Schools, et al., Respondents. [617 NYS2d 614] —Judgment, Supreme Court,

Bronx County (David Levy, J.), entered August 30, 1993, unanimously affirmed for the reasons stated by Levy, J., without cost and disbursements. No opinion. Concur—Ellerin, J. P., Ross, Rubin and Nardelli, JJ.